# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KANEISHA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:19-cv-00652-BP |
| | ) |
| O'REILLY AUTO PARTS | ) |
| DISTRIBUTION CENTER a/k/a | ) |
| O'REILLY AUTOMOTIVE STORES, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 9th day of March 2020, the parties herein having filed a Joint Stipulation Of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
 **/s/ Kelly McIlvain**
 Deputy Clerk

Date:   March 12, 2020